**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA M. QUERI, Individually and On Behalf of All Others Similarly Situated, | ) ) **Case No.** ) |
| Plaintiff, | ) ) |
| v. | ) **CLASS ACTION COMPLAINT** ) |
| GDS HOLDINGS LIMITED, WILLIAM WEI HUANG, and DANIEL NEWMAN, | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) ) |

## CLASS ACTION COMPLAINT

Plaintiff Maria M. Queri ("Queri"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding GDS Holdings Limited ("GDS" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet.  Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired GDS securities between

November 2, 2016 and July 31, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.      GDS purports to be a leading developer and operator of high-performance data centers in China.  The Company is headquartered in Shanghai, China.

3.      On November 2, 2016, GDS conducted an initial public offering (the "IPO") of American depositary shares ("ADSs") on the NASDAQ Global Market ("NASDAQ").  Since the IPO, GDS ADSs have traded on the NASDAQ under the ticker symbol "GDS".

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) GDS had assumed significant levels of debt in order to enrich insiders by acquiring data centers from related parties; (ii) GDS had overstated the value of a number of its data centers; (iii) GDS was inflating the size of its service area, utilization rates, reported revenues, and EBITDA; and (iv) as a result, GDS's public statements were materially false and misleading at all relevant times.

5.      On July 31, 2018, Blue Orca Capital ("Blue Orca") published a report alleging, *inter alia*, that "GDS is borrowing crippling amounts of debt to enrich insiders by acquiring data centers from undisclosed related parties which are not nearly as valuable as the Company claims."  The Blue Orca report further asserted that "GDS is inflating the size of its service area, its utilization rates and therefore its reported revenues and EBITDA."

6.     On this news, GDS's ADS price fell $13.42 per share, or over 38%, to close at $21.83 per share on July 31, 2018.

7.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

8.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

9.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and Section 27 of the Exchange Act.

10.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b).  GDS securities are traded on the NASDAQ, located within this Judicial District.

11.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

12.     Plaintiff, as set forth in the attached Certification, acquired GDS securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

13.     Defendant GDS is incorporated in the Cayman Islands, with principal executive offices located at 2/F, Tower 2, Youyou Century Place, 428 South Yanggao Road, Pudong, Shanghai 200127, People's Republic of China.  GDS ADSs are listed on NASDAQ under the ticker symbol "GDS".

14.     Defendant William Wei Huang ("Huang") has served at all relevant times as the Company's Chief Executive Officer and Chairman.

15.     Defendant Daniel Newman ("Newman") has served at all relevant times as the Company's Chief Financial Officer.

16.     The Defendants referenced above in ¶¶ 14-15 are sometimes referred to herein collectively as the "Individual Defendants."

17.     The Individual Defendants possessed the power and authority to control the contents of GDS's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with the Company, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

18.      GDS purports to be a leading developer and operator of high-performance data

centers in China.  According to the Company, its facilities are strategically located in China's

primary economic hubs where demand for high-performance data center services is concentrated

and its data centers have large net floor area, high power capacity, density and efficiency, and

multiple redundancy across all critical systems.

### Materially False and Misleading Statements Issued During the Class Period

19.      The Class Period begins on November 2, 2016, the day of the Company's IPO,

when GDS filed its Prospectus on Form 424B4 with the SEC.  In the Prospectus, GDS

emphasized the importance of its' facilities' "utilization" rates, stating, in relevant part:

> **Our net revenue and results of operations are largely determined by the
> degree to which data center space is committed or pre-committed as well as
> its utilization.** We had commitment rates of 76.3%, 87.5% and 93.8% as of
> December 31, 2014 and 2015 and September 30, 2016, respectively. We had
> utilization rates of 57.7%, 59.1% and 70.4% as of December 31, 2014 and 2015
> and September 30, 2016, respectively. The difference between commitment rate
> and utilization rate is primarily attributable to customers who have entered into
> agreements but have not yet started to use revenue generating services.
>
> ***Ability to Secure Commitments for Data Center Services from Our Customers
> and Minimize Move-in Periods***
>
> Due to the lengthy time period required to build data centers and the long-term
> nature of these investments, **if we overestimate market demand for data center
> resources, our utilization rates, which is the ratio of area utilized to area in
> service would be reduced, which would adversely affect our results of
> operations. Our revenue growth depends on our ability to secure
> commitments for our data center services**. We focus on obtaining these
> commitments during the construction phase by entering into pre-commitment
> agreements with customers and endeavor to maximize total area committed . . .
> We strive to optimize our customer mix to achieve high commitment rates and
> utilization rates and a high proportion of long-term relationships.

20.      The Prospectus displayed a relatively strong cash position:

| Consolidated Balance Sheet Data: | As of December 31, | | | As of June 30, 2016 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | | Actual | | Pro Forma(1) | | Pro Forma as Adjusted(2) | |
| | Actual | Actual | | | | | | | |
| | RMB | RMB | US$ | RMB | US$ | RMB | US$ | RMB | US$ |
| | | | | (in thousands) | | | | | |
| Cash | 606,758 | 924,498 | 139,108 | 834,477 | 125,563 | 834,477 | 125,563 | 1,769,008 | 266,180 |
| Accounts receivable, net | 73,366 | 111,013 | 16,704 | 170,149 | 25,602 | 170,149 | 25,602 | 170,149 | 25,602 |
| Total current assets | 745,831 | 1,186,699 | 178,561 | 1,183,231 | 178,039 | 1,183,231 | 178,039 | 2,117,762 | 318,657 |
| Property and equipment, net | 1,694,944 | 2,512,687 | 378,081 | 3,591,456 | 540,402 | 3,591,456 | 540,402 | 3,591,456 | 540,402 |
| Goodwill and intangible assets | 1,350,524 | 1,341,599 | 201,869 | 1,442,125 | 216,995 | 1,442,125 | 216,995 | 1,442,125 | 216,995 |
| Total assets | 3,854,074 | 5,128,272 | 771,645 | 6,334,066 | 953,079 | 6,334,066 | 953,079 | 7,268,597 | 1,093,696 |
| Total current liabilities | 897,630 | 925,049 | 139,191 | 1,478,315 | 222,440 | 1,772,578 | 266,718 | 1,478,315 | 222,440 |
| Total liabilities | 1,706,600 | 3,073,463 | 462,460 | 4,380,909 | 659,189 | 4,675,172 | 703,467 | 4,241,677 | 638,239 |
| Redeemable preferred shares | 2,164,039 | 2,395,314 | 360,420 | 2,499,117 | 376,039 | — | — | — | — |
| Total shareholders' (deficit) equity | (16,565) | (340,505) | (51,235) | (545,960) | (82,149) | 1,658,894 | 249,612 | 3,026,920 | 455,458 |

21.     At the time of the IPO, management explained the strength of its cash position in favorable terms:

> Based on our current level of operations and available cash, **we believe our available cash, cash flows from operations, committed funding from the issuance of convertible bonds due 2019 will provide sufficient liquidity to fund our current obligations, projected working capital requirements, debt service requirements and capital spending requirements at least for the next 12 months.** However, we may require additional cash resources due to changing business conditions or other future developments, including any investments or acquisitions we may decide to selectively pursue. If our existing cash resources are insufficient to meet our requirements, we may seek to sell equity or equity-linked securities, debt securities or borrow from banks. We cannot assure you that financing will be available in the amounts we need or on terms acceptable to us, if at all. The sale of additional equity securities, including convertible debt securities, would result in additional dilution to our shareholders. The incurrence of indebtedness and issuance of debt securities would result in debt service obligations and could result in operating and financial covenants that restrict our operations and our ability to pay dividends to our shareholders. If we were unable to obtain additional equity or debt financing as required, our business, operations and prospects and our ability to maintain our desired level of revenue growth may suffer materially.

22.     On April 19, 2017, the Company filed its 2016 annual report, year ended December 31, 2016, with the SEC. The Company showed a strong cash position:

| Consolidated Balance Sheet Data: | 2014 | 2015 | 2016 | |
|---|---|---|---|---|
| | Actual | Actual | Actual | |
| | RMB | RMB | RMB | US$ |
| | | | (in thousands) | |
| Cash | 606,758 | 924,498 | 1,811,319 | 260,884 |
| Accounts receivable, net | 73,366 | 111,013 | 198,851 | 28,640 |
| Total current assets | 745,831 | 1,186,699 | 2,210,313 | 318,351 |
| Property and equipment, net | 1,694,944 | 2,512,687 | 4,322,891 | 622,626 |
| Goodwill and intangible assets | 1,350,524 | 1,341,599 | 1,433,656 | 206,489 |
| Total assets | 3,854,074 | 5,128,272 | 8,203,866 | 1,181,603 |
| Total current liabilities | 897,630 | 925,049 | 1,479,221 | 213,053 |
| Total liabilities | 1,706,600 | 3,073,463 | 5,217,392 | 751,461 |
| Redeemable preferred shares | 2,164,039 | 2,395,314 | — | — |
| Total shareholders' (deficit) equity | (16,565) | (340,505) | 2,986,474 | 430,142 |

23.     In its 2016 annual report, the Company described its high debt level:

We have substantial indebtedness. As of December 31, 2016, we had total consolidated indebtedness of RMB 4,290.3 million (US $617.9 million), including borrowings, capital lease and other financing obligations and convertible bonds. **Our substantial level of indebtedness could adversely affect our ability to raise additional capital to fund our operations, expose us to interest rate risk to the extent of our variable rate debt and prevent us from meeting our obligations under our indebtedness.**

24.     In its 2016 annual report, the Company showed a significantly high "interest expense", which was nearly equal in value to the Company's *gross profit*:

| | Note | Years ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2014 | 2015 | 2016 |
| Net revenue | 19 | 468,337 | 703,636 | 1,055,960 |
| Cost of revenue | | (388,171) | (514,997) | (790,286) |
| Gross profit | | 80,166 | 188,639 | 265,674 |
| | | | | |
| Operating expenses | | | | |
| Selling and marketing expenses | | (40,556) | (57,588) | (71,578) |
| General and administrative expenses | | (113,711) | (128,714) | (227,370) |
| Research and development expenses | | (1,597) | (3,554) | (9,100) |
| Loss from operations | | (75,698) | (1,217) | (42,374) |
| | | | | |
| Other income (expenses): | | | | |
| Interest income | | 6,935 | 1,355 | 2,070 |
| Interest expenses | | (131,908) | (126,901) | (265,234) |
| Foreign currency exchange (loss) gain, net | | (875) | 11,107 | 18,310 |
| Government grants | | 4,870 | 3,915 | 2,217 |
| Gain on remeasurement of equity investment | | 62,506 | — | — |
| Others, net | | (412) | 1,174 | 284 |
| Loss before income taxes | | (134,582) | (110,567) | (284,727) |
| | | | | |
| Income tax benefits | 20 | 4,583 | 11,983 | 8,315 |
| Net loss | | (129,999) | (98,584) | (276,412) |
| | | | | |
| Net loss | | (129,999) | (98,584) | (276,412) |
| Extinguishment of redeemable preferred shares | 15 | (106,515) | — | — |
| Change in redemption value of redeemable preferred shares | 15 | (69,116) | (110,926) | 205,670 |
| (Cumulative) Dividend on preferred shares | 22 | (3,509) | (7,127) | (332,660) |
| | | | | |
| Net loss attributable to ordinary shareholders | | (309,139) | (216,637) | (403,402) |
| | | | | |
| Loss per ordinary share | | | | |
| Basic and diluted | 22 | (1.91) | (0.99) | (1.35) |
| | | | | |
| Weighted average number of ordinary share outstanding | | | | |
| Basic and diluted | 22 | 162,070,745 | 217,987,922 | 299,093,937 |

25.     In its 2016 annual report, the Company purported that its Guangzhou 1 data center ("GZ1") had a 64% utilization rate and **100% commitment rate**.

| | Shanghai | | | | Shenzhen | | | Guangzhou | Beijing | Chengdu |
|---|---|---|---|---|---|---|---|---|---|---|
| | KS1 | SH1 | SH2 | SH3 | SZ1 | SZ2 | SZ3 | GZ1 | BJ1 | CD1 (Phase 1 &2) (3) |
| Date ready for service (HHYY) | | | | | | | | | | 1H11 for Phase 1<br><br>2H16 for Phase 2 |
| | 2H10 | 2H11 | 2H15 | 2H16 | 2H14 | 1H16 | 2H16 | 1H16 | 2H15 | |
| Type | Purpose-built | Purpose-built | Purpose-built | Purpose-built | Converted | Converted | Converted | Converted | Converted | Purpose-built |
| Tenure | Owned | Leased | Leased | Leased | Leased | Leased | Leased | Leased | Leased | Owned |
| Area in service | 6,546 | 6,432 | 7,712 | 7,879 | 4,281 | 4,308 | 2,678 | 6,608 | 2,344 | 3,100 |
| Area committed | 6,531 | 6,299 | 7,378 | 6,716 | 4,281 | 3,446 | 622 | 6,608 | 2,344 | 3,037 |
| **Commitment rate** | 100% | 98% | 96% | 85% | 100% | 80% | 23% | **100%** | 100% | 98% |
| Area utilized | 6,337 | 5,857 | 4,770 | 0 | 4,281 | 1,679 | 151 | 4,238 | 1,860 | 1,078 |
| Utilization rate (2) | 97% | 91% | 62% | 0% | 100% | 39% | 6% | 64% | 79% | 35% |

26.     The Company's 2016 annual report, submitted on Form 20-F, was signed by Defendants Huang and Newman.

27.     On March 29, 2018, the Company filed its 2017 annual report, year ended December 31, 2017, with the SEC. The Company showed a strong cash position:

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | |
| | RMB | RMB | RMB | RMB | US$ |
| | | | (in thousands) | | |
| **Consolidated Balance Sheet Data:** | | | | | |
| Cash | 606,758 | 924,498 | 1,811,319 | 1,873,446 | 287,943 |
| Accounts receivable, net | 73,366 | 111,013 | 198,851 | 364,654 | 56,046 |
| Total current assets | 745,831 | 1,186,699 | 2,210,313 | 2,454,028 | 377,176 |
| Property and equipment, net | 1,694,944 | 2,512,687 | 4,322,891 | 8,165,601 | 1,255,030 |
| Goodwill and intangible assets | 1,350,524 | 1,341,599 | 1,433,656 | 1,919,221 | 294,979 |
| Total assets | 3,854,074 | 5,128,272 | 8,203,866 | 13,144,567 | 2,020,283 |
| Total current liabilities | 897,630 | 925,049 | 1,479,221 | 2,423,071 | 372,419 |
| Total liabilities | 1,706,600 | 3,073,463 | 5,217,392 | 8,669,055 | 1,332,409 |
| Redeemable preferred shares | 2,164,039 | 2,395,314 | — | — | |
| Total shareholders' (deficit) equity | (16,565) | (340,505) | 2,986,474 | 4,475,512 | 687,874 |

28.     In its 2017 annual report, the Company described its increasing debt level:

We have substantial indebtedness. As of December 31, 2017, we had total consolidated indebtedness of RMB 6,651.2 million (US$1,022.3 million), including borrowings, capital lease and other financing obligations. **We recently received the Registration Certificate of the Filing of Foreign Debt Borrowed by Enterprises, or the Foreign Debt Registration Certificate, issued by the National Development and Reform Commission, or the NDRC, permitting us to issue foreign currency denominated bonds of up to US$300 million**, or the equivalent thereof in other foreign currencies, subject to certain conditions. We

applied for and have received NDRC approval of certain amendments to the
conditions of the Foreign Debt Registration Certificate, and such approval is
effective until the end of December 2018. Our substantial level of indebtedness
could adversely affect our ability to raise additional capital to fund our operations,
expose us to interest rate risk to the extent of our variable rate debt and prevent us
from meeting our obligations under our indebtedness.

29.    In its 2017 annual report, the Company showed a significantly high "interest

expense", which *exceeded* the Company's *gross profit*:

| | Note | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| | | Years ended December 31, | | |
| Net revenue | 19 | 703,636 | 1,055,960 | 1,616,166 |
| Cost of revenue | | (514,997) | (790,286) | (1,207,694) |
| Gross profit | | 188,639 | 265,674 | 408,472 |
| | | | | |
| Operating expenses | | | | |
| Selling and marketing expenses | | (57,588) | (71,578) | (90,118) |
| General and administrative expenses | | (128,714) | (227,370) | (228,864) |
| Research and development expenses | | (3,554) | (9,100) | (7,261) |
| (Loss) Income from operations | | (1,217) | (42,374) | 82,229 |
| | | | | |
| Other income (expenses): | | | | |
| Interest income | | 1,355 | 2,070 | 5,600 |
| Interest expenses | | (126,901) | (265,234) | (412,003) |
| Foreign currency exchange gain (loss), net | | 11,107 | 18,310 | (12,299) |
| Government grants | | 3,915 | 2,217 | 3,062 |
| Others, net | | 1,174 | 284 | 435 |
| Loss before income taxes | | (110,567) | (284,727) | (332,976) |
| | | | | |
| Income tax benefits | 20 | 11,983 | 8,315 | 6,076 |
| Net loss | | (98,584) | (276,412) | (326,900) |
| | | | | |
| Net loss | | (98,584) | (276,412) | (326,900) |
| Change in redemption value of redeemable preferred shares | 15 | (110,926) | 205,670 | — |
| (Cumulative) Dividend on preferred shares | 22 | (7,127) | (332,660) | — |
| Net loss attributable to ordinary shareholders | | (216,637) | (403,402) | (326,900) |
| | | | | |
| Loss per ordinary share | | | | |
| Basic and diluted | 22 | (0.99) | (1.35) | (0.42) |
| | | | | |
| Weighted average number of ordinary share outstanding | | | | |
| Basic and diluted | 22 | 217,987,922 | 299,093,937 | 784,566,371 |

30.    In its 2017 annual report, the Company purported that its Guangzhou 1 data center

("GZ1") had a **90% utilization rate** and **100% commitment rate**.

| | Shanghai | | | | | Shenzhen | | | | | Guangzhou |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SZ4 (Phase 1) (3) | SZ5 (Phase 1) (3) | |
| | KS1 | SH1 | SH2 | SH3 | SH4 | SZ1 | SZ2 | SZ3 | | | GZ1 |
| Date ready for service (HHYY) | 2H10 | 2H11 | 2H15 | 2H16 | 2H17 | 2H14 | 1H16 | 2H16 | 2H17 | 1H17 | 1H16 |
| Type | Purpose-built | Purpose-built | Purpose-built | Purpose-built | Purpose-built | Converted | Converted | Converted | Converted | Converted | Converted |
| Tenure | Owned | Leased | Leased | Leased | Leased | Leased | Leased | Leased | Leased | Leased | Leased |
| Area in service | 6,546 | 6,432 | 7,712 | 7,950 | 8,394 | 4,286 | 4,308 | 2,678 | 4,677 | 5,000 | 6,521 |
| Area committed | 6,490 | 6,369 | 7,643 | 7,816 | 4,925 | 4,278 | 4,038 | 1,601 | 4,555 | 5,000 | 6,521 |
| Commitment rate (1) | 99% | 99% | 99% | 98% | 59% | 100% | 94% | 60% | 97% | 100% | 100% |
| Area utilized | 6,296 | 5,911 | 6,949 | 4,611 | 0 | 4,278 | 3,310 | 1,534 | 0 | 3,710 | 5,889 |

31.     In 2017, the Company made a series of acquisitions. In its 2017 annual report, the

Company, in relevant part, described the following acquisitions:

Effect of Acquisition of SZ5

On June 29, 2017, we consummated an acquisition of all the equity interests in a target group **from a third party** for an aggregate contingent purchase price of **RMB 312.0 million** (US $48.0 million), of which RMB 69.8 (US $10.7 million) was paid as of December 31, 2017. As of December 31, 2017, we expected that all specified conditions would be met and we would be obligated to settle the full amount of the purchase price under the share purchase agreement of RMB 312.0 million (US$ 48.0 million). The target group owns a data center project in Shenzhen, China. As of the date of the acquisition, the data center had just commenced its operations. After the acquisition, this target group had a net revenue of RMB 42.1 million (US $6.5 million) and a net loss of RMB 23.9 million (US $3.7 million) for the period from June 30, 2017 to December 31, 2017, which is included in our results of operations for the year ended December 31, 2017.

Effect of Acquisition of GZ2

On October 9, 2017, we consummated an acquisition of all the equity interests in a target group **from a third party** for an aggregate cash consideration of **RMB 234.0 million** (US$ 36.0 million), of which RMB 184.2 (US$ 28.3 million) was paid as of December 31, 2017. The target group owns a data center project in Guangzhou, China. As of the date of the acquisition, the data center was fully operational. After the acquisition, this target group had a net revenue of RMB 26.6 million (US$ 4.1 million) and a net income of RMB 2.7 million (US$ 0.4 million) for the period from October 10, 2017 to December 31, 2017, which is included in our results of operations for the year ended December 31, 2017.

32.     On January 26, 2018, the Company issued a new round of ADSs to the investing public. GDS filed its Form 424B5 with the SEC, stating, in relevant part:

> We are offering 8,000,000 American depositary shares, or ADSs, in this offering and the selling shareholders identified in this prospectus supplement are offering 3,000,000 ADSs. Each ADS represents eight of our Class A ordinary shares, par value US$0.00005 per share. We will not receive any proceeds from the sale of the ADSs to be offered by the selling shareholders.

|  | Per ADS | Total |
|---|---|---|
| Public offering price | US $26.00 | US $286,000,000 |
| Underwriting discounts and commissions [1] | US $1.105 | US $12,155,000 |
| Proceeds to us (before expenses) | US $24.895 | US $199,160,000 |
| Proceeds to selling shareholders (before expenses) | US $24.895 | US $74,685,000 |

33.     The Company's 2017 annual report, submitted on Form 20-F, was signed by Defendants Huang and Newman.

34.     The statements referenced in ¶¶ 19-33 were materially false and misleading because Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) GDS had assumed significant levels of debt in order to enrich insiders by acquiring data centers from related parties; (ii) GDS had overstated the value of a number of its data centers; (iii) GDS was inflating the size of its service area, utilization rates, reported revenues, and EBITDA; and (iv) as a result, GDS's public statements were materially false and misleading at all relevant times.

**The Truth Begins to Emerge**

35.     On July 31, 2018, Blue Orca Capital released a report alleging that GDS is borrowing crippling amounts of debt to enrich insiders by acquiring data centers from undisclosed related parties, which are not nearly as valuable as the Company claims.

11

36.     The Blue Orca report further claimed that since becoming a public company, GDS has borrowed recklessly to siphon off at least RMB 696 million to insiders by inflating the purchase price of undisclosed related party acquisitions. The Blue Orca report also alleged suspect receivables and payables practices.

37.     The Blue Orca report described four distinct categories of GDS's alleged fraudulent practices: (i) misleading the investing public with respect to the occupancy and utilization rates of a key operating center; (ii) paying inflated purchases prices for related party transactions; (iii) suspicious "serial" equity and debt raisings, despite the Company's apparently strong cash position; and (iv) suspect accounts receivable and payable practices.

38.     Following publication of the Blue Orca report, GDS's ADS price fell $13.42 per share, or over 38%, to close at $21.83 per share on July 31, 2018.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

39.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired GDS securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

40.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, GDS ADSs were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or

thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by GDS or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

41. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

42. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

43. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of GDS;

- whether the Individual Defendants caused GDS to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of GDS securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

44.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

45.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- GDS  securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiff and members of the Class purchased, acquired and/or sold GDS securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

46.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

47.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material

information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

48.    Plaintiff repeats and reallege each and every allegation contained above as if fully set forth herein.

49.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

50.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.  Such scheme was intended to, and, throughout the Class Period, did:  (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of GDS securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire GDS securities and options at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

51.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly

and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for GDS securities.  Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about GDS's finances and business prospects.

52.    By virtue of their positions at GDS , Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants.  Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth.  In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

53.    Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control.  As the senior managers and/or directors of GDS, the Individual Defendants had knowledge of the details of GDS's internal affairs.

54.    The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein.  Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of GDS.  As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to GDS's businesses,

operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of GDS securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning GDS's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired GDS securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

55.     During the Class Period, GDS securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of GDS securities at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of GDS securities was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of GDS securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

56.     By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

57.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

58.     Plaintiff repeats and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

59.     During the Class Period, the Individual Defendants participated in the operation and management of GDS, and conducted and participated, directly and indirectly, in the conduct of GDS's business affairs.  Because of their senior positions, they knew the adverse non-public information about GDS's false financial statements.

60.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to GDS's financial condition and results of operations, and to correct promptly any public statements issued by GDS which had become materially false or misleading.

61.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which GDS disseminated in the marketplace during the Class Period concerning GDS's results of operations.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause GDS to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of GDS within the

meaning of Section 20(a) of the Exchange Act.  In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of GDS securities.

62.     Each of the Individual Defendants, therefore, acted as a controlling person of GDS.  By reason of their senior management positions and/or being directors of GDS, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, GDS to engage in the unlawful acts and conduct complained of herein.  Each of the Individual Defendants exercised control over the general operations of GDS and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

63.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by GDS.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

19

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated:  September 26, 2018                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
         ahood@pomlaw.com
         jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _Mai M O_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against GDS Holdings Limited ("GDS" or the "Company"), and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire GDS securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired GDS securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   To the best of my current knowledge, the attached sheet lists all of my transactions in GDS securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party and/or filed a complaint on behalf of a class under the federal securities laws in the following actions.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

Executed  ___15 Sep 2018___
                **(Date)**



**(Signature)**

___MARIA M QUERI___
          **(Type or Print Name)**

**GDS Holdings Limited (GDS)**                                                    **Queri, Maria M.**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 7/11/2018 | Purchase | 69 | $45.1500 |